**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ERCHONIA CORPORATION LLC,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**<br><br>　　　　　　Defendants. | **Civil Action No. 1:25-cv-10548** |

**SCHEDULE A – SEALED DOCUMENT**

　　　This document is being filed under seal with a motion for leave to file documents under seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this court.

DATED September 3, 2025.　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Steven G. Kalberg*
　　　　　　　　　　　　　　　　　　　　　　　　David R. Bennett
　　　　　　　　　　　　　　　　　　　　　　　　Steven G. Kalberg
　　　　　　　　　　　　　　　　　　　　　　　**DIRECTION IP LAW**
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 14184
　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60614
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (312) 291-1667
　　　　　　　　　　　　　　　　　　　　　　　　dbennett@directionip.com
　　　　　　　　　　　　　　　　　　　　　　　　skalberg@directionip.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　Erchonia Corporation LLC*